# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BIGELOW MANAGEMENT, INC., *et al.*, | |
| Plaintiffs, | Case No. 2:12-cv-01604-GMN-GWF |
| vs. | **ORDER** |
| ALLIED WORLD ASSURANCE CO., *et al.*, | Motion to Modify Scheduling Order (#21) |
| Defendants. | |

This matter comes before the Court on Defendant Allied World Assurance Co.'s ("Defendant") Motion to Modify the Scheduling Order (#21), filed on January 17, 2013. Defendant represents that although it previously stipulated to a standard discovery schedule, *see Doc. # 18*, further consideration of the case's complexity indicates a longer discovery period is needed. Defendant also represents certain evaluative efforts at East-coast offices were delayed due to Super-storm Sandy. Defendant therefore seeks a 90-day extension of the deadlines set forth in the Scheduling Order (#19). Defendant makes no representations it attempted to meet and confer with Plaintiffs regarding the desired extensions. The Parties have successfully agreed to extend certain discovery deadlines in the past. *See Doc. #22*. Additional attempts to meet and confer regarding the extensions sought in the instant Motion are appropriate. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Modify the Scheduling Order (#21) is **denied** without prejudice.

...

...

...

...

**IT IS FURTHER ORDERED** that the Parties shall meet and confer regarding the desired discovery deadlines and submit a joint proposed amended scheduling order no later than **February 4, 2013**. In the event the Parties are unable to agree, Defendant may then re-file a motion to modify the Scheduling Order.

DATED this 23rd day of January, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge