Craig R. Delk, Esq. (Nevada Bar No. 2295)
THORNDAL, ARMSTRONG, DELK
BALKENBUSH & EISINGER
1100 E. Bridger Avenue
Las Vegas, NV 89101
Telephone:     702.366.0622
Facsimile:     702.366-0327
cdelk@thorndal.com

Robert M. Pozin, Esq.
William D. Burger, Jr., Esq.
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614
Telephone: 949.622.2700
Fax:            949.622-2739
Robert.pozin@troutmansanders.com
William.burger@troutmansanders.com

*Attorneys for Defendant,*
*ALLIED WORLD ASSURANCE COMPANY (U.S.)*
*INC.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BIGELOW MANAGEMENT, INC., and BUDGET SUITES OF AMERICA<br><br>    Plaintiff,<br>v.<br><br>ALLIED WORLD ASSURANCE COMPANY (U.S.) INC., and DOES 1-10,<br><br>    Defendants. | Case No. 2:12-cv-01604-GMN-GWF<br><br>Hon. Gloria M. Navarro<br><br>**DEFENDANT ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.'S MOTION TO STAY PROCEEDINGS**<br><br>**[FILED UNDER SEAL PURSUANT TO COURT ORDER FILED JANUARY 29, 2013]** |

Pursuant to the Court's inherent power to control the disposition of the causes on its

docket with the economy of time and effort for itself, for counsel, and for litigants, Defendant

20274598v1

ALLIED WORLD'S MOTION TO STAY
PROCEEDINGS

Allied World Assurance Company (U.S.) Inc. ("Allied World"), by and through its counsel of record, hereby moves this Court to stay all proceedings in this case until the underlying action entitled *Heintz v. Budget Suites of America, et al.*, Clark County District Court Case No. A 606849 ("Underlying Action"), currently pending in the Nevada Supreme Court, is concluded.

A stay will conserve judicial and party resources, minimize duplicative pre-trial proceedings and unnecessary discovery and will not result in prejudice to any party.

This motion is made and based on this Motion and Notice of Motion, the concurrently filed Memorandum of Points and Authorities In Support of the Motion, the concurrently filed Declaration of Robert M. Pozin, the concurrently filed Declaration of Samuel D. Carucci, the concurrently filed Request for Judicial notice, the concurrently filed [Proposed] Order to Stay Proceedings, the Court file in this matter and any materials or information subject to judicial notice, and upon any oral argument this Court orders.

On or about January 31, 2013, counsel for Allied World contacted counsel for Bigelow to discuss the present motion to stay. Counsel for Bigelow stated that his client would not stipulate to a stay and would oppose Allied World's motion. (*See* Declaration of Robert M. Pozin, ¶ 15)

Dated: February 4, 2013

Respectfully submitted,

Robert M. Pozin
William D. Burger
TROUTMAN SANDERS LLP

Craig R. Delk
THORNDAL, ARMSTRONG, DELK
BALKENBUSH & EISNER

By: /s/ Robert M. Pozin
     Robert M. Pozin

*Attorneys for Defendants,*
ALLIED WORLD ASSURANCE COMPANY
(U.S.) INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2013 I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **DEFENDANT ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.'S MOTION TO SAY PROCEEDINGS,** postage prepaid (if U.S. Mail) and addressed to all parties and counsel as identified on the CM/ECF-generated Notice of Electronic Filing.

          /s/ Lisa Golden
Lisa Golden
An employee of Troutman Sanders LLP

20274598v1     - 3 -     ALLIED WORLD'S MOTION TO STAY PROCEEDINGS