Craig R. Delk, Esq. (Nevada Bar No. 2295)
THORNDAL, ARMSTRONG, DELK
BALKENBUSH & EISINGER
1100 E. Bridger Avenue
Las Vegas, NV 89101
Telephone:    702.366.0622
Facsimile:    702.366-0327
cdelk@thorndal.com

Robert M. Pozin, Esq.
William D. Burger, Jr., Esq.
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614
Telephone: 949.622.2700
Fax:          949.622-2739
Robert.pozin@troutmansanders.com
William.burger@troutmansanders.com

*Attorneys for Defendant,*
*ALLIED WORLD ASSURANCE COMPANY (U.S.)*
*INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BIGELOW MANAGEMENT, INC., and BUDGET SUITES OF AMERICA<br><br>Plaintiff,<br>v.<br><br>ALLIED WORLD ASSURANCE COMPANY (U.S.) INC., and DOES 1-10,<br><br>Defendants. | Case No. 2:12-cv-01604-GMN-GWF<br><br>Hon. Gloria M. Navarro<br><br>**DECLARATION OF SAMUEL D. CARUCCI IN SUPPORT OF DEFENDANT ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.'S MOTION TO STAY** |

I, Samuel D. Carucci, hereby state and declare as follows:

1.    I am a Vice President of Claims at Allied World Assurance Co. (U.S.) Inc. ("Allied World"). I am the individual primarily charged with handling the claim of Bigelow Management, Inc. and Budget Suites of America (collectively "Bigelow") relating to the action captioned *Heintz, et al. v. Budget Suites of America, et al.*, Clark County District Court Case No. A

1 | 606849 (the "Underlying Action"). I am familiar with the proceedings in the captioned insurance
2 | coverage action. This declaration is made upon my own personal knowledge. If called upon as a
3 | witness, I could and would competently testify to the facts set forth herein.

    2. The Underlying Action is on appeal before the Nevada Supreme Court. Appellants (Bigelow) have filed their opening brief and Appellees have filed their responding brief. Appellants' received an extension to file their reply brief, which is now due to the Nevada Supreme Court on February 27, 2013. In the appeal, Bigelow contends that it has no liability to plaintiffs in the Underlying Action.

    3. [REDACTED]

    4. [REDACTED]

    5. [REDACTED]



I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 4th day of February 2013 in New York, New York.

_____
Samuel D. Carucci

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2013 I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **DECLARATION OF SAMUEL D. CARUCCI IN SUPPORT OF DEFENDANT ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.'S MOTION TO STAY,** postage prepaid (if U.S. Mail) and addressed to all parties and counsel as identified on the CM/ECF-generated Notice of Electronic Filing.

/s/ Lisa Golden
Lisa Golden
An employee of Troutman Sanders LLP